# EXHIBIT - B

| LIQUIDATION ANALYSIS FOR SOLUTIONS AND ECO INC. (CONSOLIDATED) | | |
|---|---|---|
| ASSETS | LIQUIDATION | PLAN |
| | | |
| Cash / Cash Equivalents | $1,941,144.11 | $1,941,144.11 |
| A/R | $599,247.29 | $599,247.29 |
| Furnture / Equipment | $3,880.00 | $3,880.00 |
| Eco Argentina A/R | $0.00 | $500,000.00 - $2,000.000.00 |
| **TOTAL ASSETS FOR DISTRIUBTION:** | **$2,544,271.40** | **$3,044,271.44 - $4,544,271.40** |
| | | |
| CREDITORS | | |
| | | |
| Secured Claims | $0.00 | $0.00 |
| General Unsecured Claims | $10,790,164.80 | $10,790,164.80 |
| Priority Claims | $0.00 | $0.00 |
| **TOTAL LIABILITIES:** | **$10,790,164.80** | **$10,790,164.80** |
| | | |
| AMOUNT TO BE PAID TO CREDITORS | | |
| | | |
| Secured Claims | 100% | 100% |
| General Unsecured Claims | 24% | 28% - 42% |
| Priority Claims | 100% | 100% |
| **TOTAL** | **24%** | **28% - 42%** |
| | | |
| Equity | Cancelled | Cancelled |