

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
09/21/2020

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| **Eco-Stim Energy Solutions, Inc.,** | § | |
| **Eco-Stim, Inc.,** | § | **CASE NO. 20-32167** |
| | § | **CASE NO. 20-32169** |
| **Debtors.** | § | |
| | | **(Jointly Administered)** |

**ORDER GRANTING FINAL FEE APPLICATION OF**
**KILMER CROSBY & QUADROSS PLLC, COUNSEL FOR THE DEBTORS**
(Docket Nos. 168 and 189)

Upon the Final Fee Application of Kilmer Crosby & Quadros PLLC ("KCQ") for Allowance of Compensation and Reimbursement of Expenses for the Periods April 16, 2020 through July 29, 2020 (the "Application"); and the Court having jurisdiction to consider of the Application pursuant to 28 U.S.C. § 157 and 1334; and the Application being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that good and sufficient notice of the Application has been given, and that no other or further notice is required; and upon the hearing on the Application and argument of counsel thereat; and after due deliberation and sufficient cause appearing therefore, the Court finds that the fees and expenses sought in the Application are reasonable, were necessary and benefited the bankruptcy estate. It is THEREFORE ORDERED AS FOLLOWS:

1.      Final compensation to KCQ is hereby approved in the amount of $118,512.50 in fees and $5,143.64 in expenses for the Total Application Period;

2.      The payments previously made to KCQ as disbursements from the retainer are hereby approved on a final basis; and

3.      Unpaid fees and expenses owing to KCQ in the amount of $ 48,691.03 are hereby approved and shall be paid to KCQ upon entry of this Order.

4.      KCQ is hereby authorized to apply the retainer in the amount of $48,691.03.

5.      Any sums remaining in the retainer, after applying the amount of $48,691.03, shall be sent to the Liquidating Trust within 10 days of entry of this Order.

6.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Signed:  September 21, 2020.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**