United States Bankruptcy Court
Southern District of Texas

**ENTERED**

March 22, 2022

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Eco-Stim Energy Solutions, Inc., *et al.*, | § | Case No. 20-32167 |
| | § | |
| Debtors. | § | (Jointly Administered) |

**AGREED ORDER (I) SUSTAINING THE TRUSTEE'S OBJECTION TO THE CLAIMS OF HALLIBURTON ENERGY SERVICES, INC. AND (II) CONFIRMING FINAL ALLOWANCE OF CASE NO. 20-32167, PROOF OF CLAIM NO. 40-2 (RE: DOCKET NO. 239)**

Upon the objection (the "Objection") of Alejandro Mazier, the Liquidating Trustee of the Eco-Stim Liquidating Trust (the "Trustee"), seeking entry of an order (this "Order") disallowing and expunging the claims of Halliburton Energy Services, Inc.,[1] and granting related relief, all as more fully set forth in the Objection, and upon the agreement of the parties as evidenced by the signature of their respective counsels appearing below, it is **HEREBY ORDERED THAT**:

1.       The Halliburton Claim, Proof of Claim No. 5-2, filed in the EcoStim case, Case No. 20-32169, is duplicative of the Halliburton Claim, Proof of Claim No. 40-2, filed in the Eco Solutions case, Case No, 20-32167, and is DISALLOWED AND EXPUNGED in its entirety.

2.       The Halliburton Claim, Proof of Claim No. 6-2, filed in the EcoStim case, Case No. 20-32169, is duplicative of the Halliburton Claim, Proof of Claim No. 40-2, filed in the Eco Solutions case, Case No, 20-32167, and is DISALLOWED AND EXPUNGED in its entirety.

3.       Further, the Halliburton Claim Nos. 5-2 and 6-2, filed in the EcoStim case, Case No. 20-32169, including their previous claims, are duplicative of each other and the Halliburton

---

[1]      Capitalized words not defined herein have the same meaning set forth in the Objection.

Claim No. 40-2, filed in the Eco Solutions case, Case No, 20-32167, and are DISALLOWED AND EXPUNGED in their entireties.

**4.      Claim No. 40-2, filed in the Eco Solutions case, Case No, 20-32167, is the remaining claim which is ALLOWED AS FILED.**

5.      The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

6.      The Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

7.      This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

**Signed:  March 21, 2022.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

_{continued on following sheet}_

**AGREED:**

JONES MURRAY & BEATTY

By: */s/ Ruth Van Meter\**
    Christopher Murray
    Texas Bar No. 24081057
    Ruth Van Meter
    Texas Bar No. 20661570
    4119 Montrose Blvd., Suite 230
    Houston, Texas 77006
    Phone: 832-529-1999
    Fax: 832-529-3393
    E-mail: chris@jmbllp.com
    E-mail: ruth@jmbllp.com

**COUNSEL FOR THE
ECO-STIM LIQUIDATING TRUST**

*\* Signature by permission by /s/ Jeff Carruth*

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:    */s/ Jeff Carruth*
    3030 Matlock Road, Suite 201
    Arlington, TX 76015
    Telephone: (713) 341-1158
    Fax: (866) 666-5322
    E-mail:  jcarruth@wkpz.com

**ATTORNEYS FOR HALLIBURTON
ENERGY SERVICES, INC.**